## ALBANY CIRCUIT.

THE PEOPLE OF THE STATE OF NEW YORK agt. THE SPRING VALLEY HYDRAULIC MINING COMPANY.

THE PEOPLE OF THE STATE OF NEW YORK agt. THE AMIE CONSOLIDATED MINING COMPANY.

THE PEOPLE OF THE STATE OF NEW YORK agt. THE LA PLATA MINING AND SMELTING COMPANY.

THE PEOPLE OF THE STATE OF NEW YORK agt. THE CLIMAX MINING COMPANY.

WESTBROOK, *J.*—The above causes were tried at the Albany circuit on the same day with that of *The People* agt. *The New York Floating Dry Dock Company.* To the opinion in that cause, which substantially covers the questions raised in these, reference is made.

There must be judgment for the plaintiffs in each of the cases. The attorney-general will prepare findings, to be settled on notice.